IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA, | : | CASE NO. 3:17-CR-115 |
|---|---|---|
| Plaintiff | : | |
| v. | : | INFORMATION |
| DAVID WALKER, | : | 18 U.S.C. § 661 |
| | : | 18 U.S.C. § 1382 |
| Defendant | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1

(18 U.S.C. § 661)

On or about March 18, 2017, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States as defined in Section 7 of this Title, the Defendant, **DAVID WALKER,** did take and carry away, with intent to steal or purloin, personal property of another person, an individual with the initials "V.P."

In violation of 18 U.S.C. § 661.

## COUNT 2

(18 U.S.C. § 1382)

On or about March 19, 2017, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States as defined by 18 U.S.C. § 7, the Defendant, **DAVID WALKER,** did go upon a military installation for a purpose prohibited by law or lawful regulation.

In violation of 18 U.S.C. § 1382.

## COUNT 3

(18 U.S.C. § 1382)

On or about March 19, 2017, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States as defined by 18 U.S.C. § 7, the Defendant, **DAVID WALKER**, did go upon a military installation for a purpose prohibited by law or lawful regulation.

In violation of 18 U.S.C. § 1382.

BENJAMIN C. GLASSMAN
United States Attorney

*[signature]*

JULIENNE MCCAMMON
Special Assistant United States Attorney