## RETURN OF SERVICE

Service was made via certified mail:

Article Number ___7015 0640 0002 9124 2038___

Date of mailing ___07|18|17___,

**(Check line below to indicate appropriate method of service)**

____ Served personally upon the defendant at: _____

_____

____ Left summons at the defendant's dwelling, house or usual place of abode with a person of
suitable age and discretion then residing therein, and mailed a copy of the summons to    the
defendant's last known address. Name of person w/ whom the summons was left:

_____

____ Returned unexecuted: _____

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I declare under penalty of perjury under the laws of the United States of America that the
foregoing information contained in this **Return of Service** is true and correct.

Returned on: ___07|25|17___                    _____

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

David Walker
2365 Lakeview Dr.
    Suite A
Beavercreek, OH 45431

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3036 7124 5276 22

2. Article Number (Transfer from service label)
7015 0640 0002 9124 2038

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☑ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☑ Certified Mail®                     ☐ Registered Mail Restricted
☐ Certified Mail Restricted Delivery     Delivery
☐ Collect on Delivery                ☐ Return Receipt for
☐ Collect on Delivery Restricted Delivery  Merchandise
☐ Insured Mail                       ☐ Signature Confirmation™
☐ Insured Mail Restricted Delivery   ☐ Signature Confirmation
   (over $500)                          Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt