IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

United States of America,  Case No. 3:17-cr-115

    Plaintiff,

-vs-  Magistrate Judge Ovington

David Walker,

    Defendant.

## ORDER

On motion of the Defendant after consultation with counsel, in accordance with the provisions in Title 18 of the United States Code, § 3161, the Defendant in the above case, David Walker, hereby waives his right to a speedy trial in order to be set for a Pretrial Conference on November 15, 2017. Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by this extension outweigh the interests of the public and the Defendant in a speedy trial. Therefore, the dates between the date of this waiver and the next scheduled court appearance are to be excluded from the speedy trial calculations under 18 U.S.C.§ 3161(h).

IT IS SO ORDERED.

Date: 10/5/17

                                              United States Magistrate Judge

Defendant: /s/ David Walker

Defense Counsel: /s/