IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 3:17-CR-115** |
| **PLAINTIFF,** | : | **JUDGE** |
| **v.** | : | **MAGISTRATE JUDGE OVINGTON** |
| **DAVID WALKER** | : | |
| **DEFENDANT** | : | |

**DEFENDANT'S UNOPPOSED MOTION TO PROCEED IN ABSENTIA**

Now comes the Defendant, David P. Walker, by and through the undersigned counsel, who respectfully moves this Court to allow the Defendant to proceed with all appearances and other matters in this case in absentia pursuant to Fed. R. Criminal P. 43(b)(2).  The Defendant has only been charged with misdemeanor offenses.  Since the events set forth in the criminal complaint against the Defendant, the Defendant has undergone 18 days of inpatient treatment in Dayton, Ohio and immediately relocated to the home of his mother and sister in Pennsylvania, where he is continuing with outpatient therapy.  The undersigned counsel will provide any supporting documents to the Court upon request.  The Defendant asserts that it is in the best interest of the public and the Defendant that he continue his current course of treatment, and moves the Court to allow the undersigned counsel represent him during all appearances and other matters in this

case, and to proceed in absentia.  The prosecuting attorney in this matter has consented to this Motion.

         Respectfully submitted,

/s/ James M. Hill
James M. Hill (0030633)
**JAMES M. HILL CO., L.P.A.**
2365 Lakeview Drive, Suite A
Beavercreek, OH 45431
Telephone: (937) 427-2000
Fax: (937) 320-5393
Email: kchapman@jmhilllaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing has been served upon Julienne McCammon, 88 ABW/JAC, 5135 Pearson Road, Wright-Patterson AFB, Ohio 45433, via the Court's eService system this 15th day of November, 2017.

/s/ James M. Hill
James M. Hill